**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

––––––––––––

**No. 99-7240**

––––––––––––

ROBERT T. MORGAN,

                                        Petitioner - Appellant,

        versus

FRANK C. SIZER, JR.; ATTORNEY GENERAL FOR THE
STATE  OF  MARYLAND;  UNITED  STATES  PAROLE
COMMISSION,

                                        Respondents - Appellees.

––––––––––––

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Alexander Williams, Jr., District Judge.
(CA-99-407-AW)

––––––––––––

Submitted:  February 24, 2000        Decided:  March 1, 2000

––––––––––––

Before MOTZ and KING, Circuit Judges, and BUTZNER, Senior Circuit
Judge.

––––––––––––

Dismissed by unpublished per curiam opinion.

––––––––––––

Robert T. Morgan, Appellant Pro Se.  John Joseph Curran, Jr., At-
torney General, Ann Norman Bosse, OFFICE OF THE ATTORNEY GENERAL OF
MARYLAND, Baltimore, Maryland, for Appellees.

––––––––––––

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Robert T. Morgan seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1999) and order denying his motion for relief from judgment. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Morgan v. Sizer, No. CA-99-407-AW (D. Md. June 23 & July 14, 1999*). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

                                                    DISMISSED

---

*Although the district court's order is marked as "filed" on July 12, 1999, the district court's records show that it was entered on the docket sheet on July 14, 1999. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date the order was entered on the docket sheet that we take as the effective date of the district court's decision. See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).